Robert S. Williams, #73172
WILLIAMS & WILLIAMS, INC.
Attorneys At Law
1300 18th Street, Suite B
Bakersfield, CA 93301
(661) 323-7933
(Fax) 323-9855
wwlaw@pacbell.net

Attorney for Debtors,
James and Pamela Chua
805 Sand Creek Drive
Bakersfield, CA 93312

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>JAMES CHUA,<br>SS #XXX-XX-7396,<br><br>PAMELA JEAN CHUA,<br>SS #XXX-XX-7757,<br><br>              Debtors. | Chapter 13<br>Case #09-16365-B-13K<br>D.C. #RSW-2<br><br>Date: November 2, 2011<br>Time: 1:00 p.m.<br>Place: 1300 18th St. #A<br>      Bakersfield, CA<br>Judge Lee |

**MOTION FOR AUTHORIZATION FOR SHORT SALE OF REAL PROPERTY**

TO ALL CREDITORS AND PARTIES IN INTEREST:

    COME NOW, JAMES and PAMELA CHUA, Debtors herein, and respectfully ask this Court for authorization to sell their property as follows:

    1.    Debtors filed a Chapter 13 bankruptcy on 07/06/09. They own the property at 805 Sand Creek Drive, Bakersfield, California. National City Bank holds the first deed of trust and Kern Schools Federal Credit Union holds the second deed of trust. The Internal Revenue Service holds a third position lien.

    2.    Debtors have now obtained a buyer for the property for $145,000, which is less than the amount owed. National City Bank and Kern Schools Federal Credit Union have agreed to release their liens for less than the full payoff, as set forth in the

attached Declaration of Debtor.  It is expected that the Internal Revenue Service will release their lien.

3. Debtors will receive no money from the sale.  The Debtors have retained a realtor and a law firm, Price Law Group, to assist with the sale.  They will receive compensation.

WHEREFORE, Debtors pray that this Court grant the motion to allow them to sell their property at 805 Sand Creek Drive, Bakersfield, California, pay the realtor's commission, pay the fee of Price Law Group and costs of escrow, and for such other and further relief as is just.

DATED: October 3, 2011

/s/ Robert S. Williams
ROBERT S. WILLIAMS,
Attorney for Debtors